[No. 13199–1–I.   Division One.   December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KIMBERLY
SUE SHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03770–9, Arthur E. Piehler, J., entered April 25, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Callow, JJ.

[No. 9644–3–I.   Division One.   December 3, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIE
LEE MIDDLETON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02990–4, Frank D. Howard, J., entered November 4, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 7245–9–II.   Division Two.   December 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH
L. SEARS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00284–2, John N. Skimas, J., entered August 23, 1983. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.